# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NATALIE N. NEWTON

NO. 2022 KW 0323

**JUNE 10, 2022**

---

In Re:    Natalie N. Newton, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2000825.

---

**BEFORE: WELCH, THERIOT, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**MRT**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT